UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GALDINA MACIEL, DANIEL CORTEZ, CINDY WADE, ZACHARY DEWITT, ROBERTA CHERASO, DEMETRIUS SMITH, JENEE BYRD, ASUHAN LEYVA, JIM GRESIK, BARBARA ELLIS STEELE, MARIA RAYGOZA, BARBARA GRAY, and MICHELE BENNETT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No. 4:14-cv-01339-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION FOR STAY |

Defendant General Motors LLC ("New GM") has moved to stay proceedings pending rulings by the Judicial Panel on Multidistrict Litigation and the Bankruptcy Court for the Southern District of New York.

Having considered the argument of the parties and the papers submitted, and finding good cause therefore, the Court hereby grants New GM's Motion For Stay of Proceedings Pending Rulings By The Judicial Panel On Multidistrict Litigation and The Bankruptcy Court For The Southern District of New York. A stay will promote judicial economy, uniformity, and consistency in decision making. Plaintiffs' motion to expedite discovery is DENIED without prejudice to refiling before MDL or this Court after stay is lifted.

**IT IS SO ORDERED.**

Dated: April 21, 2014

_____
Hon. Jeffrey S. White
United States District Judge

[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S  MOTION FOR STAY                                    CASE NO. 4:14-cv-01339-JSW